UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WESBY D.,

              Petitioner,

v.

Secretary, U.S. Department of Homeland
Security;[1] TODD LYONS, Acting Director
of Immigration and Customs
Enforcement; DAVID EASTERWOOD,
Field Office Director of Enforcement and
Removal Operations, Minneapolis-St.
Paul Field Office, Immigration and
Customs Enforcement; JOEL BROTT,
Sheriff of Sherburne County Jail,
Minnesota,

              Respondents.

Case No. 26-CV-1759 (PJS/SGE)

ORDER

---

       This matter is before the Court on petitioner Wesby D.'s petition for a writ of

habeas corpus.  This case appears to be substantially duplicative of an earlier case, *D. W.*

*v. Bondi*, 26-CV-1064 (PJS/EMB) (D. Minn. filed February 5, 2026), in which the Court

partially granted the writ and ordered Wesby's release no later than 10:00 am on

Saturday, March 7, 2026.

---

      [1]Petitioner named Senator Markwayne Mullin as a respondent in Mullin's
purported capacity as Secretary of the Department of Homeland Security.  Mullin has
not yet been confirmed by the United States Senate in that role, however.

Accordingly, IT IS HEREBY ORDERED THAT, by 9:00 am on Monday, March 9, 2026, petitioner must either voluntarily dismiss this case or show cause why it should not be dismissed as moot, failing which the Court will dismiss this case without further notice.

Dated:  March 6, 2026                    /s/ Patrick J. Schiltz
                                            Patrick J. Schiltz, Chief Judge
                                            United States District Court